IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCIE ONDRASIK, f/k/a MARCIE REIMER, | : | No. 3:22cv2019 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| PALMERTON COMMUNITY AMBULANCE; TOM CORREA, SR.; and JOHN DOE, | : | |
| Defendants | : | |

············································································································

## ORDER

**AND NOW**, to wit, this \_\_\_30\_\_\_ day of May 2024, the defendants' motion to dismiss the original complaint (Doc. 7) is **DENIED** as moot because plaintiff filed an amended complaint. (Doc. 9).

The defendants' motion to dismiss plaintiff's amended complaint (Doc. 13) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court